UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

**RICHARD ALBERT LUTHMANN, JR.**,

    Plaintiff,

v.                                                                                      2:24-cv-940-NPM

**COMMISSIONER OF SOCIAL SECURITY**,

    Defendant.

---

## ORDER

The parties consented to proceed before a magistrate judge for all proceedings (Doc. 1), and currently before the court is an unopposed motion for entry of judgment with remand (Doc. 16). The Commissioner of Social Security seeks remand to:

> direct an Administrative Law Judge to further evaluate the evidence of record, including the medical opinion evidence under 20 C. F. R. §§ 404.1520c, 416.920c; if warranted, re-evaluate Plaintiff's residual functional capacity; if warranted, obtain evidence from a vocational expert to clarify the effect of the assessed limitations on Plaintiff's occupational base; and offer Plaintiff the opportunity for a hearing; take any further action necessary to complete the administrative record resolving the above issues; and issue a new decision.

(Doc. 16 at 1).

Accordingly, the unopposed motion for entry of judgment with remand (Doc. 16) is **GRANTED**. Pursuant to sentence four of 42 U.S.C. § 405(g), the decision of the Commissioner is reversed, and this case is remanded to the

- 2 -

Commissioner for consideration of the aforementioned issues. If plaintiff prevails in this action on remand, plaintiff must comply with the order (Doc. 1) entered on November 14, 2012, in Misc. No. 6:12-mc-124-Orl-22. The Clerk of Court is **DIRECTED** to enter judgment accordingly, terminate all scheduled events, and close the case.

**ORDERED** on February 18, 2025

_____
NICHOLAS P. MIZELL
United States Magistrate Judge